# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-1128
Lower Tribunal No. 2022-CF-002071

_____

DELBERT R. GARDNER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Osceola County.
Keith A. Carsten, Judge.

December 23, 2025

PER CURIAM.

AFFIRMED.

STARGEL, WOZNIAK and WHITE, JJ., concur.


Hani Demetrious and Robert David Malove, of The Law Office of Robert David Malove, P.A., Ft. Lauderdale, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Kristen L. Davenport, Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED